| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Stern Lavinthal & Frankenberg LLC<br>105 Eisenhower Parkway - Suite 302<br>Roseland, NJ  07068<br>Telephone Number (973) 797-1100<br>Facsimile Number (973) 228-2679<br>Attorneys for Secured Creditor,<br>Carrington Mortgage Services, LLC  as servicing agent for Bank of America, N.A.<br>By: Jeanette F. Frankenberg, Esq. | Order Filed on September 14, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Elba M. Neyra aka Elba Sanchez<br><br><br>Debtor(s) | Case No. 18-11911-VFP<br>Chapter: 13<br>Hearing Date: August 16, 2018<br>Judge: Vincent F. Papalia U.S.B.J. |

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2), is hereby **ORDERED**.

**DATED: September 14, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

(Page 2)
Debtor: Elba M. Neyra aka Elba Sanchez
Case No.:18-11911-VFP
Caption of Order: **Order Vacating Automatic Stay**

Upon the Motion of Carrington Mortgage Services, LLC  as servicing agent for Bank of America, N.A., on behalf of itself and its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or Movant), under Bankruptcy Code Section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown,

ORDERED as follows:

1. The automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the movant its successors and/or assigns to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to foreclose mortgage(s) held by the movant upon the following:

- Land and premises commonly known as **904 Hampden Street, Linden, NJ  07036**

2. The movant may join the debtor and any trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the debtor, any trustee and other party who entered an appearance on the motion.

3. The co-debtor stay against Mercedes R. Cerdeira is lifted pursuant to 11 U.S.C. 1301(c).